RECEIVED
IN MONROE, LA
AUG 19 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MYRA L. BARBER | CIVIL ACTION NO. 04-0964 |
| versus | JUDGE ROBERT G. JAMES |
| COMMISSIONER OF SOCIAL SECURITY | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED, and that Barber's Appeal is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 19 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE